THOMAS STANTON, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and sentence

reversed, and new trial ordered in the Court of Sessions of Onondaga county, to which court the proceedings are remitted. *Held*, that the court erred in overruling the objection taken to the question put to the plaintiff in error on cross-examination : " How many times have you been arrested ? " (*Crapo* v. *The People*, 15 Hun, 269 ; S. C. affirmed, 76 N. Y., 288.)